<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 01-7570**

---

FREDERICK D. KYLE,

Plaintiff - Appellant,

versus

ODIE WASHINGTON, Director of D.C.D.C.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-01-352-3)

---

Submitted: November 8, 2001          Decided: November 20, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Frederick D. Kyle, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick Douglas Kyle appeals from the district's court order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint without prejudice because he failed to pay the initial partial filing fee or state that he did not have sufficient assets to pay the fee required under 28 U.S.C.A. § 1915(b)(1) (West Supp. 2001). Because Kyle may refile this action and pay the required fee, his appeal is interlocutory and not subject to appellate review under Domino Sugar Corp. v. Sugar Workers Local 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2